IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**GULAB TANI,** on behalf of **SAYED HAKIM TANI,**

Petitioner,

v.

**MARKWAYNE MULLIN,** Secretary of Homeland Security, **TODD BLANCHE,** Attorney General, **LEONARD ODDO,** Warden of Moshannon Valley Processing Center**,**

Respondents.

3:26cv1937
**Electronic Filing**

**ORDER OF COURT**

AND NOW, this 6th day of October, 2026, Gulab Tani having commenced what the Clerk of Court docketed as a "habeas corpus" proceeding on behalf of Sayed Hakim Tani, and it appearing that Sayed Hakim Tani has not signed or personally endorsed any habeas corpus petition, and it further appearing that Gulab Tani is not a member of the legal profession and/or licensed to appear and represent others before this court, IT IS ORDERED that [1] "the petition" be, and the same hereby is, dismissed. This ruling is without prejudice to Sayed Hakim Tani filing a petition on his own behalf or through the assistance of private counsel.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: Gulab Tani
136 Heathrow Drive
Riverdale, GA 30274

Sayed Hakim Tani
A072084436
Moshannon Valley Processing Center
Legal Mail - Open In Presence Of Detainee
555 Geo Drive
Philipsburg, PA 16866

(*Via First Class Mail*)